IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DORIS JORDAN                                                                                         Plaintiff

v.                                                                            Civil Action No. 2:08CV236-P-A

ON-CALL STAFFING, INC.                                                                           Defendant

## CASE MANAGEMENT ORDER

This Order, including the deadlines established herein, having been established with the participation of all parties, can be modified only by order of the court upon a showing of good cause supported with affidavits, other evidentiary materials, or reference to portions of the record.

IT IS HEREBY **ORDERED**:

1. **CASE TRACK**:

    Standard

2. **ALTERNATIVE DISPUTE RESOLUTION.**

    Alternative dispute resolution techniques appear helpful and will be used in this civil action as follows: The parties are amenable to possible mediation or a settlement conference to be scheduled at a later date upon completion of preliminary discovery.

3. **CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE.**

    The parties do not consent to trial by a United States Magistrate Judge.

4. **DISCLOSURE.**

The following additional disclosure is needed and is hereby ordered: The parties must make full disclosures as required by the Rules no later than May 11, 2009.

5. **MOTIONS; ISSUE BIFURCATION.**

The court finds and orders that staged resolution, or bifurcation of the issues for trial in accordance with FED. R. CIV. P. 42(b), will not assist in the prompt resolution of this action.

6. **DISCOVERY PROVISIONS AND LIMITATIONS.**

Interrogatories, Requests for Production, and Requests for Admission are limited to 30 succinct questions.

Depositions are limited to the parties and no more than 5 fact witness depositions per party without additional approval of the court.

There are no further discovery limitations or other provisions.

7. **SCHEDULING DEADLINES.**

8. **Trial**

This action is set for trial commencing on: May 17, 2010 at 9:00 a.m. in Greenville, MS before Judge W. Allen Pepper .

9. **Pretrial.** The pretrial conference is set on: April 6, 2010 at 10:00 a.m. in Oxford, MS before Magistrate Judge S. Allan Alexander .

10. **Discovery.** All discovery shall be completed by: January 4, 2010 .

11. **Amendments.** Motions for joinder of parties or amendments to the pleadings shall be served by: May 27, 2009 .

12. **Experts.** The parties' experts shall be designated by the following dates:

Plaintiff: October 5, 2009 .

Defendant: November 5, 2009 .

The parties are reminded that, in accordance with Uniform Local Rule 26.1(A), the expert designation deadline is simply the last date by which a party must provide all Federal Rule of Civil Procedure 26(a)(2)(B) and Local Rule 26.1(A)(2) information and expect to be allowed to introduce it at trial.

13. **Motions.** All dispositive motions, including motions *in limine* seeking exclusion of expert testimony, shall be filed by   January 18, 2010  .

See Local Rule 7.2(B)(3) ("Unless otherwise ordered by the Case Management Order, all case-dispositive motions challenging an opposing party's expert shall be filed no later than fifteen calendar days after the discovery deadline.")

The deadline for motions *in limine* not seeking exclusion of expert testimony is ten days before the pretrial conference; the deadline for responses is five days before the pretrial conference.

14. **Settlement Conference.** A judicial officer shall conduct a settlement conference on:  to be set by further order of the court if requested .

        THIS, the 8th   day of May, 2009.

                                                  /s/ S. Allan Alexander

                                            UNITED STATES MAGISTRATE JUDGE